```
                                            FILED
                                          FEB 05 2009
                                        RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>   Plaintiff(s),<br><br>v.<br><br>ALVIN FLORIDA, JR., et al.,<br><br>   Defendant(s). | No. C08-5216 BZ<br><br>**BRIEFING ORDER** |

  Having received defendants' motion to dismiss, **IT IS HEREBY ORDERED** as follows:

  1. Plaintiff's opposition shall be filed by **February 23, 2009**; and

  2. Defendants' reply, if any, shall be filed by **March 4, 2009**;

  3. A hearing is scheduled for **March 25, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 5, 2009

             Bernard Zimmerman
             United States Magistrate Judge

G:\BZALL\-BZCASES\BROSNAN V. FLORIDA\BRIEFING ORDER.wpd

1