John Brosnan
848 Rainbow Boulevard #1643, Las Vegas, NV 89107
702.516.1622

Via CM/ECF Upload

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: Brosnan v. Alvin Florida Jr., et al.

USDC-CAND Case No. CV08-5216 BZ

To Whom It May Concern:

Please be advised that Plaintiff, John Brosnan, hereby requests permission to appear telephonically for the upcoming hearing, currently scheduled for 10:30 AM on March 25, 2009, pursuant to Local Rule 16-10(a).  John Brosnan will be available for the hearing on his direct dial line of 702.516.1622.

Respectfully Submitted,
          /s/      John Brosnan



Plaintiff's request is **DENIED.**
Plaintiff shall appear personally at the hearing.  The hearing **is at 10:00 a.m.**, not 10:30 a.m.

Dated:  March 11, 2009