UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BROSNAN, | ) | |
| Plaintiff(s), | ) | No. C08-5216 BZ |
| v. | ) | **ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |
| ALVIN FLORIDA, JR., et al., | ) | |
| Defendant(s). | ) | |

On March 19, 2009 a telephone conference, at which both plaintiff, acting in *pro se*, and counsel for defendants were present. The Court deems the letter filed by defendants on March 13, 2009 (Doc. No. 45) to be a motion for a protective order pursuant to Federal Rule of Civil Procedure 26(c)(1). Both sides agreed there is no need for further briefing or argument. **IT IS ORDERED** that defendants' motion is **GRANTED**. The deposition of defendant Florida, scheduled for March 27, 2009, shall be taken in accordance with Rule 30 (b) in the Danville area or the Oakland area and shall commence at 9:00 a.m.

Dated: March 19, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BROSNAN V. FLORIDA\ORDER ON D'S MOT FOR PROTECTIVE ORDER.wpd

1