UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BROSNAN, | ) | |
| Plaintiff(s), | ) | No. C08-5216 BZ |
| v. | ) | **BRIEFING ORDER** |
| ALVIN FLORIDA, JR., et al., | ) | |
| Defendant(s). | ) | |

In light of the discussion during the case management conference held on May 18, 2009, **IT IS HEREBY ORDERED** as follows:

    1.  Plaintiff's opposition to defendants' motion to dismiss for lack of subject matter jurisdiction shall be filed by **May 27, 2009**;

    2.  Defendants' reply, if any, shall be filed by **June 6, 2009**;

    3.  A hearing is scheduled for **June 24, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal

///

///

Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 19, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BROSNAN V. FLORIDA\SECOND BRIEFING ORDER.wpd

2