UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BROSNAN, | ) | |
| Plaintiff(s), | ) | No. C08-5216 BZ |
| v. | ) | **ORDER VACATING MEDIATION** |
| ALVIN FLORIDA, JR., et al., | ) | |
| Defendant(s). | ) | |

The mediation currently scheduled for Wednesday, May 20, 2009 is hereby **VACATED**.

Dated: May 19, 2009

_____
Bernard Zimmerman
United States Magistrate Judge


G:\BZALL\-BZCASES\BROSNAN V. FLORIDA\ORDER VACATING MEDIATION.wpd