DAVID I. KORNBLUH, ESQ., SBN 162310
dik@millermorton.com
ANTHONY F. VENTURA, ESQ. SBN 191107
afv@millermorton.com
DANIEL J. NEVIS, ESQ., SBN 227829
djn@millermorton.com
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110-1339
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

Attorney for Defendants ALVIN FLORIDA, JR.; REALTY INFO SYSTEMS and MONETARY RECOVERY SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>ALVIN FLORIDA JR.; REALTY INFO SYSTEMS, MONETARY RECOVERY SERVICE, INC.<br><br>             Defendants. | Case No.: CV-08-05216 BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' LEAVE TO WITHDRAW EXHIBIT "B" TO DECLARATION OF RON BENDER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND TO FILE A REDACTED COPY OF EXHIBIT "B."**<br><br>**General Order No. 53**<br><br>Judge:  Hon. Bernard Zimmerman<br>Courtroom G, 15th Floor, San Francisco |

**THIS MATTER** having come before the Court as an Administrative Ex Parte Application for Defendants ALVIN FLORIDA, JR.; REALTY INFO SYSTEMS and MONETARY RECOVERY SERVICE, INC. to Withdraw Exhibit "B" to the Declaration of Ron Bender in Support of Defendants' Motion to Dismiss and to File a Redacted Copy of Exhibit "B", the Court, having reviewed said Request and now being fully advised in the premises:

//

1

[PROPOSED] ORDER GRANTING LEAVE FOR DEFENDANTS                    CASE NO. CV-08-05216 BZ
TO WITHDRAW EXHIBIT "B" TO DECLARATION OF RON BENDER

1  **HEREBY ORDERS** that the document previously filed as Exhibit "B" to the
2  Declaration of Ron Bender in support of Defendants' motion to dismiss is hereby withdrawn
3  from the public record and the file of the clerk.
4  **IT IS FURTHER ORDERED** that Defendants may file a redacted copy of the
5  document previously filed as Exhibit "B" to the Declaration of Ron Bender for the purpose of
6  omitting full citation of Plaintiff's date of birth and social security number.
7  **IT IS SO ORDERED.**

Dated: _____May 28, 2009_____    _____/s/ Bernard Zimmerman_____
Hon. United States District Court Judge

:ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:46862.1

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339