UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,  )
             )
    Plaintiff(s),  )   No. C08-5216 BZ
             )
    v.       )   **JUDGMENT**
             )
ALVIN FLORIDA, JR., et al.,  )
             )
    Defendant(s).  )
_____)

Having granted defendants' motion to dismiss for lack of jurisdiction, **IT IS ORDERED** that plaintiff recover nothing, the action be **DISMISSED**, and defendants recover costs from plaintiff as permitted by law.

Dated: June 22, 2009

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BROSNAN V. FLORIDA\JUDGMENT.wpd

1